## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH A. HUNT, | ) | CASE NO. 1: 25 CV 1022 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING REPORT |
| | ) | AND RECOMMENDATION |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Carmen E. Henderson. (ECF #16) Plaintiff, Elizabeth Hunt challenges the final decision of the Commissioner of Social Security Administration denying her application for Disability Insurance Benefits. Pursuant to Local Rule 72.2(b), the case was referred to Magistrate Judge Henderson for a Report and Recommendation.

On January 12, 2026, Magistrate Judge Henderson issued a Report and Recommendation finding that the Commissioner's decision denying disability insurance benefits was supported by substantial evidence and recommended that the Commissioner's decision be AFFIRMED. (ECF #16). Ms. Hunt filed an objection to the Report and Recommendation (ECF #17) reiterating points made in her briefing on the merits and the Commissioner filed a Response stating his belief that the Magistrate Judge correctly applied the pertinent law and found that the ALJ's decision is supported by substantial evidence in the record. (ECF #18)

The Court has reviewed *de novo* those portions of the Magistrate Judge's Report and Recommendation to which objection has been made. *See* FED. R. CIV. P. 72(b). Plaintiff's

Objections merely reiterate the same arguments that she made in her briefing on the merits which were fully and appropriately addressed by Magistrate Judge Henderson. Accordingly, Plaintiff's Objections are overruled.

The Court has carefully reviewed the Report and Recommendation and agrees with the findings set forth therein. The Report and Recommendation of Magistrate Judge Henderson (ECF #16) is ADOPTED. The decision of the Commissioner denying Petitioner's application for Disability Insurance Benefits is AFFIRMED.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: March 4, 2026